```
1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2

3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division
4

5   TAREK J. HELOU (CABN 218225)
    Assistant United States Attorney
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California  94102
        Telephone:    (415) 436-7071
8       Facsimile:    (415) 436-7234
        Tarek.J.Helou@usdoj.gov
9

10  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR No. 08-70183 JCS |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| PEK HOON MARGARET LIM, | ) |
| Defendant. | ) |

On April 3, 2008, the parties in this case appeared before the Court and stipulated that time from April 3, 2008 through April 10, 2008 should be excluded from Speedy Trial Act calculations because defense counsel needed adequate time to prepare for court proceedings. 18 U.S.C. § 3161(h)(1)(F). The parties represented to the Court that the length of the requested continuance was the reasonable amount of time necessary for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties

Stipulation and [Proposed] Order Excluding Time
CR 08-70183 JCS                                                                 1

1 | also agreed that the ends of justice served by this continuance outweighed the best interests of
2 | the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3 | Furthermore, the parties also appeared before the Court on April 10, 2008, and stipulated that
4 | time from April 10, 2008 through April 16, 2008 should be excluded from Speedy Trial Act
5 | calculations because defense counsel needed adequate time to review discovery, which the
6 | government produced recently. The parties represented to the Court that the length of the
7 | requested continuance was the reasonable amount of time necessary for effective preparation of
8 | counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The
9 | parties also agreed that the ends of justice served by this continuance outweighed the best
10 | interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

12 | SO STIPULATED:

   JOSEPH P. RUSSONIELLO
   United States Attorney

16 | DATED: April 11, 2008          /s/
                                    TAREK J. HELOU
                                    Assistant United States Attorney

19 | DATED: April 11, 2008          /s/
                                    GEOFFREY HANSEN
                                    Attorney for Defendant Margaret Pek Hoon Lim

22 | As the Court stated on April 3, 2008, and for the reasons identified above, the Court finds
23 | that time from April 3, 2008 through April 10, 2008 shall be excluded from Speedy Trial Act
24 | calculations because defense counsel needed time for effective preparation for court proceedings.
25 | 18 U.S.C. § 3161(h)(8)(B)(iv). Furthermore, as the Court stated on April 3, 2008, and for the
26 | reasons identified above, the Court finds that the ends of justice served by the requested
27 | continuance outweigh the best interests of the public and the defendant in a speedy trial. 18
28 | U.S.C. § 3161(h)(8)(A)

1  The Court also finds that time from April 10, 2008 through April 16, 2008 shall be excluded
2  from Speedy Trial Act calculations for effective preparation of counsel because defense counsel
3  needs adequate time to review discovery.  18 U.S.C. § 3161(h)(8)(B)(iv).  Failing to grant the
4  requested continuance would deny counsel reasonable time necessary for effective preparation,
5  taking into account the exercise of due diligence, and would result in a miscarriage of justice.  18
6  U.S.C. § 3161(h)(8)(A).

8  SO ORDERED.

10  DATED: April 15, 2008                                  _____
11                                                         THE HONORABLE JAMES LARSON
                                                           United States Magistrate Judge

Stipulation and [Proposed] Order Excluding Time
CR 08-70183 JCS                                                                                    3