rev. 9/6/07

DOCUMENTS UNDER SEAL ☐    TOTAL TIME (mins): 02

**MAGISTRATE JUDGE MINUTE ORDER**

| MAGISTRATE JUDGE | DEPUTY CLERK | REPORTER/FTR |
|---|---|---|
| JAMES LARSON | Wings Hom | 9:43-9:45 |

| DATE | NEW CASE | CASE NUMBER |
|---|---|---|
| April 16, 2008 | ☐ | 3-08-70183 JCS |

**APPEARANCES**

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD. ☐ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| Pek Hoon Lim | | Y | P | Geoff Hansen | |

| U.S. ATTORNEY | INTERPRETER | FIN. AFFT ☐ SUBMITTED | COUNSEL APPT'D |
|---|---|---|---|
| Tarek Helou | | | |

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ |
|---|---|---|---|
| | Betty Kim | | |

**PROCEEDINGS SCHEDULED TO OCCUR**

- ☐ INITIAL APPEAR
- ☒ PRELIM HRG — not held
- ☐ MOTION
- ☐ JUGM'T & SENTG
- ☐ STATUS
- ☐ I.D. COUNSEL
- ☒ ARRAIGNMENT — not held
- ☐ BOND HEARING
- ☐ INITIAL APPEAR REV PROB OR S/R
- ☐ OTHER
- ☐ DETENTION HRG
- ☐ ID / REMOV HRG
- ☐ CHANGE PLEA
- ☐ PROB. REVOC.
- ☐ ATTY APPT HEARING

**INITIAL APPEARANCE**

- ☐ ADVISED OF RIGHTS
- ☐ ADVISED OF CHARGES
- ☐ NAME AS CHARGED IS TRUE NAME
- ☐ TRUE NAME:

**ARRAIGNMENT**

- ☐ ARRAIGNED ON INFORMATION
- ☐ ARRAIGNED ON INDICTMENT
- ☐ READING WAIVED SUBSTANCE
- ☐ WAIVER OF INDICTMENT FILED

**RELEASE**

- ☐ RELEASED ON O/R
- ☐ ISSUED APPEARANCE BOND
- AMT OF SECURITY $
- SPECIAL NOTES
- ☐ PASSPORT SURRENDERED DATE:

PROPERTY TO BE POSTED    ☐ CASH $    CORPORATE SECURITY ☐    REAL PROPERTY: ☐

- ☐ MOTION FOR DETENTION
- ☐ PRETRIAL SERVICES REPORT
- ☐ DETAINED
- ☐ RELEASED
- ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED
- ☒ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

- ☐ CONSENT ENTERED
- ☐ NOT GUILTY
- ☐ GUILTY
- GUILTY TO COUNTS: ☐
- ☐ PRESENTENCE REPORT ORDERED
- ☐ CHANGE OF PLEA
- ☐ PLEA AGREEMENT FILED
- OTHER:

**CONTINUANCE**

| TO: 5-7-08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
| AT: 9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. EMC | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

cc: Venice, Betty