1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
     450 Golden Gate Avenue, Box 36055
7    San Francisco, California  94102
     Telephone:     (415) 436-7071
8    Facsimile:     (415) 436-7234
     Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN FRANCISCO DIVISION
14

15

16 | UNITED STATES OF AMERICA,       )  CR No. 08-70183 JCS
                                     )
17 |        Plaintiff,                )  STIPULATION AND [PROPOSED] ORDER
                                     )  EXCLUDING TIME UNDER 18 U.S.C. § 3161
18 |   v.                            )
                                     )
19 | PEK HOON MARGARET LIM,          )
                                     )
20 |                                  )
            Defendant.                )
21 |_____)

22

23    On April 16, 2008, the parties in this case appeared before the Court for a status conference.

24 At that time, the parties requested, and the Court agreed, to set the date for the defendant's

25 preliminary hearing and arraignment on May 7, 2008.  The parties further stipulated that

26 pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the time limits set forth in

27 FRCP 5.1(c) be excluded from April 17, 2008, through May 5, 2008.  The parties agree that,

28 taking into

Stipulation and [Proposed] Order Excluding Time
CR 08-70183 JCS                                                                                   1

1  //
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and [Proposed] Order Excluding Time
CR 08-70183 JCS

2

1  account the public interest in prompt disposition of criminal cases, good cause exists for this
2  extension.
3     The defendant also agrees to exclude for this period of time any time limits applicable under
4  18 U.S.C. § 3161.  The parties represented that granting the continuance was the reasonable time
5  necessary for continuity of defense counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also
6  agreed that the ends of justice served by granting such a continuance outweighed the best
7  interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).
8  SO STIPULATED:

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney


12  DATED: April 30, 2008                  /s/
                                          TAREK J. HELOU
                                          Assistant United States Attorney


15  DATED: April 30, 2008                  /s/
                                          GEOFFREY HANSEN
                                          Attorney for Defendant Margaret Pek Hoon Lim


18     For the reasons stated above, the Court finds that exclusion of time from April 16, 2008
19  through May 7, 2008 is warranted and that the ends of justice served by the continuance
20  outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161
21  (h)(8)(A); FRCP 5.1(d).  The failure to grant the requested continuance would deny the
22  defendant continuity of counsel, and would result in a miscarriage of justice.  18 U.S.C.
23  §3161(h)(8)(B)(iv).

25  SO ORDERED.

27  DATED: April 30, 2008                  /s/ James Larson
                                          THE HONORABLE JAMES LARSON
                                          United States Magistrate Judge

Stipulation and [Proposed] Order Excluding Time
CR 08-70183 JCS                                                                     3