1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2

3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division
4

5   TAREK J. HELOU (CABN 218225)
    Assistant United States Attorney
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California  94102
        Telephone:    (415) 436-7071
8       Facsimile:    (415) 436-7234
        Tarek.J.Helou@usdoj.gov
9

10  Attorneys for Plaintiff

11

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14                              SAN FRANCISCO DIVISION

15

16  UNITED STATES OF AMERICA,           )   CR No. 08-70183 JCS
                                        )
17          Plaintiff,                  )   STIPULATION AND [PROPOSED] ORDER
                                        )   EXCLUDING TIME UNDER 18 U.S.C. § 3161
18      v.                              )
                                        )
19  PEK HOON MARGARET LIM,              )
                                        )
20                                      )
            Defendant.                  )
21  _____    )

22

23      On May 7, 2008, the parties in this case appeared before the Court for a status conference.

24  At that time, the parties requested, and the Court agreed, to set a status conference on May 30,

25  2008 to schedule the date for the defendant's preliminary hearing and arraignment.  The parties

26  further stipulated that pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the time

27  limits set forth in FRCP 5.1(c) be excluded from May 7, 2008, through May 30, 2008.  The

28  parties

1  //

2  agreed that, taking into account the public interest in prompt disposition of criminal cases, good
3  cause existed for this extension.

4      On May 30, 2008, the parties appeared before the Court for another status conference. At
5  that time, the parties requested, and the Court agreed, to set a status conference on June 20, 2008
6  to schedule the date for the defendant's preliminary hearing and arraignment. The parties further
7  stipulated that pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the time limits
8  set forth in FRCP 5.1(c) be excluded from May 30, 2008, through June 20, 2008. The parties
9  agreed that, taking into account the public interest in prompt disposition of criminal cases, good
10 cause exists for this extension.

11     The defendant also agrees to exclude, from May 7, 2008 through May 30, 2008, and from
12 May 30, 2008 through June 20, 2008, any time limits applicable under 18 U.S.C. § 3161. The
13 parties represented to the Court that the length of the continuances mentioned above was the
14 reasonable time necessary for effective preparation of defense counsel. 18 U.S.C. §
15 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting those
16 continuances outweighed the best interests of the public and the defendant in a speedy trial. 18
17 U.S.C. § 3161(h)(8)(A).

18 SO STIPULATED:

19
20                                       JOSEPH P. RUSSONIELLO
                                      United States Attorney

21
22 DATED: May 30, 2008                       /s/
                                      TAREK J. HELOU
23                                       Assistant United States Attorney

24
25 DATED: May 30, 2008                       /s/
                                      GEOFFREY HANSEN
26                                       Attorney for Defendant Margaret Pek Hoon Lim

27
28     For the reasons stated above, the Court finds that exclusion of time from May 7, 2008

1  through May 30, 2008 is warranted and that the ends of justice served by the continuance
2  outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161
3  (h)(8)(A); FRCP 5.1(d).  The failure to grant the requested continuance would deny the
4  defendant effective preparation of counsel, and would result in a miscarriage of justice.  18
5  U.S.C. §3161(h)(8)(B)(iv).
6       The Court also finds that exclusion of time from May 30, 2008 through June 20, 2008 is
7  warranted and that the ends of justice served by the continuance outweigh the best interests of
8  the public and the defendant in a speedy trial.  18 U.S.C. §3161 (h)(8)(A); FRCP 5.1(d).  The
9  failure to grant the requested continuance would deny the defendant effective preparation of
10 counsel, and would result in a miscarriage of justice.  18 U.S.C. §3161(h)(8)(B)(iv).

12     SO ORDERED.

14     DATED:_____            _____
15                                     THE HONORABLE EDWARD M. CHEN
                                       United States Magistrate Judge