AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Title 8 U.S.C., Section 1324(a)(1)(A)(iv) - Alien Smuggling (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Maximum Prison Term of 10 Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of 3 Years;
Mandatory Special Assessment of $100.

**DEFENDANT - U.S.**

▶ PEK HOON MARGARET LIM

**DISTRICT COURT NUMBER**

CR 08 0422

E-filing

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

Department of Homeland Security/Customs and Border Protection

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

**SHOW DOCKET NO.**

**MAGISTRATE CASE NO.**
08-70183 JCS

Name and Office of Person Furnishing Information on THIS FORM: **JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): TAREK J. HELOU

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶ 3/26/2008

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5                                    E-filing
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                          SAN FRANCISCO DIVISION
11
12  UNITED STATES OF AMERICA,        )   No. CR 08 0422
                                     )
13         Plaintiff,                )   VIOLATION: 8 U.S.C. §
                                     )   1324(a)(1)(A)(iv) – Alien Smuggling
14      v.                           )
                                     )
15  PEK HOON MARGARET LIM,           )   SAN FRANCISCO VENUE
                                     )
16         Defendant.                )
                                     )
17

                              I N F O R M A T I O N

19  The United States Attorney charges:
20         On or about March 26, 2008, in the Northern District of California, the defendant,
21                              PEK HOON MARGARET LIM,
22  did encourage and induce an alien, namely, Jin Xing Jang, to come to, enter, and reside in the
23  United States, knowing and in reckless disregard of the fact that such coming to, entry, and
24  //
25  //
26  //
27  //
28  //

INFORMATION                              1

1 residence in the United States was in violation of law, in violation of Title 8, United States Code,
2 Section 1324(a)(1)(A)(iv).

4 DATED: June 26, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

*/s/ Kyle F. Waldinger*
KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

10 (Approved as to form: *[signature]*
AUSA HELOU

INFORMATION                           2