UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: JUL 2 3 2008

Case No. CR·08-0422 MMC

JUDGE: Maxine M. Chesney

Pek Hoon Lim
DEFENDANT

Present (✓) Not Present ( ) In Custody (✓)

Tarek Helou
U.S. ATTORNEY

Geoffrey Hansen
ATTORNEY FOR DEFENDANT

Deputy Clerk: Tracy Lucero

Reporter: Catherine Edwards

## PROCEEDINGS

REASON FOR HEARING   Change of Plea - Held.

RESULT OF HEARING   △ pled guilty to one-count information. Plea Agreement filed w/ the Court.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
   (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to 9/17/08 @ 2:30 for Judgment & Sentencing

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

(25 min)